UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMSTERS LOCAL 386,<br><br>Plaintiff,<br><br>v.<br><br>LONGS DRUG STORES CALIFORNIA, LLC,<br><br>Defendant. | Case No. 1:21-cv-01174-DAD-EPG<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE INITIAL SCHEDULING CONFERENCE AND RELATED DEADLINES<br><br>(ECF No. 8) |

Pursuant to the parties' stipulation (ECF No. 8), and to accommodate the Court's calendar, IT IS HEREBY ORDERED that the Initial Scheduling Conference is continued from December 13, 2021, to **March 7, 2022, at 11:00 AM in Courtroom 10 (EPG)** before Magistrate Judge Erica P. Grosjean. To appear telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of the same, in Word format, to epgorders@uscourts.gov for the Court's review.

///
///
///
///

1

Additionally, if a settlement is reached, the parties are reminded to file a notice of settlement pursuant to Local Rule 160.

IT IS SO ORDERED.

Dated:  **December 6, 2021**                    /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE