1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMSTERS LOCAL 386, | Case No.  1:21-cv-01174-DAD-EPG |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND RELATED DEADLINES |
| LONGS DRUG STORES CALIFORNIA, LLC dba CVS/PHARMACY, | |
| Defendant. | (ECF No. 10) |

Pursuant to the parties' stipulation (ECF No. 10), IT IS HEREBY ORDERED that the

Initial Scheduling Conference currently set for March 7, 2022, is continued to **May 9, 2022 at**

**11:00 AM in Courtroom 10 (EPG)** before Magistrate Judge Erica P. Grosjean. To appear

telephonically, each party is directed to use the following dial-in number and passcode: 1-888-

251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one

full week prior to the conference and email a copy of the same, in Word format, to

epgorders@uscourts.gov for the Court's review. Additionally, if a settlement is reached, the

parties are reminded to file a notice of settlement pursuant to Local Rule 160.

IT IS SO ORDERED.

Dated:   **March 1, 2022**              /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE

1