UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMSTERS LOCAL 386,<br><br>Plaintiff,<br><br>v.<br><br>LONGS DRUG STORES CALIFORNIA, LLC,<br><br>Defendant. | Case No.  1:21-cv-01174-DAD-EPG<br><br>ORDER VACATING SCHEDULING CONFERENCE AND DIRECTING THE PARTIES TO FILE DISMISSAL DOCUMENTS<br><br>(ECF No. 12.) |

On April 29, 2022, the parties filed a stipulation requesting to continue the Initial Scheduling Conference currently set for May 9, 2022. (ECF No. 12.) This is the parties' third request to continue the Initial Scheduling Conference. (*See* ECF Nos. 8-11.) The parties' stipulation states that they have agreed to a settlement but it is not yet finalized, and have agreed that the case will remain open until the settlement is final. (ECF No. 12-1.) The parties anticipate that the settlement will be finalized within the next month. (*Id.*)

The Court's orders granting the parties' previous two requests to continue the Initial Scheduling Conference directed the parties to file a notice of settlement pursuant to Local Rule 160 if a settlement is reached. (*See* ECF Nos. 9, 11.) Although the stipulation represents that a settlement has been reached, a notice of settlement has not yet been filed. Thus, the Court will construe the parties' stipulation as a notice of settlement pursuant to Local Rule 160. The Court

will further vacate the Initial Scheduling Conference and will set a deadline for the parties to file dismissal documents. *See* Fed. R. Civ. P. 41; E.D. Cal. L.R. 160. The parties are advised that if they need an extension of time to file dismissal documents, their request should be filed before the deadline expires and must be supported by good cause. E.D. Cal. L.R. 144(d), 160(b).

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to the parties' stipulation, construed as a notice of settlement pursuant to Local Rule 160, all deadlines and hearings currently pending before the Court, including the Initial Scheduling Conference currently set for May 9, 2022, are hereby VACATED; and

2. The parties shall file appropriate dismissal documents by no later than **June 16, 2022.**

IT IS SO ORDERED.

Dated:   **May 2, 2022**                                        /s/ Erica P. Grosjean
                                                                               UNITED STATES MAGISTRATE JUDGE