UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMSTERS LOCAL 386,<br><br>   Plaintiff,<br><br>   v.<br><br>LONGS DRUG STORES CALIFORNIA, LLC, et al.,<br><br>   Defendants. | Case No. 1:21-cv-01174-DAD-EPG<br><br>ORDER RE: STIPULATED DISMISSAL OF ENTIRE ACTION<br><br>(ECF No. 14) |

The parties have filed a stipulation to dismiss this entire action with prejudice. (ECF No. 14.) In light of the stipulation, the case has ended and is dismissed. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 15, 2022**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

1